UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

MARVIN TILLEY, )
)
   Claimant, )
)
v. ) Case No. CV609-018
)
MICHAEL J. ASTRUE, )
*Commissioner of Social Security*, )
)
   Defendant. )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. The Claimant's principal objection to the Administrative Law Judge's report, and to the Magistrate Judge's Report and Recommendation, is based on the alleged failure of the ALJ to accord Dr. Mendez's opinion more weight. The Court has examined the record and can add little to the findings found in the Magistrate Judge's Report and Recommendation, beginning at page 7 and continuing partially through page 10. This Court concurs both with the ALJ's findings and the Magistrate Judge's Report and Recommendation. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 12th day of May, 2010.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA